UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

COMERICA LEASING, A DIVISION OF
COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank,
a Michigan banking corporation

      Plaintiff,

vs.              Case No. 2:10-cv-11555
                Hon. Robert H. Cleland

REPUBLIC TOWER & HOIST, LLC, a Nevada
Limited Liability Company, AMERICAN CRANE
& HOIST ERECTORS, LLC, a Nevada Limited
Liability Company,

      Defendants.
_____/

## SATISFACTION OF JUDGMENT
## AND ORDER FOR POSSESSION

  At a session of said Court held in the City
of Detroit, County of Wayne, and State
of Michigan on January 23, 2012

  PRESENT: Hon. Robert H. Cleland
  United States District Court Judge

  Upon the representations of Comerica Leasing a division of Comerica Bank, by and through its counsel, and upon the Settlement Agreement between the parties to this case, and the Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED the Default Judgment and Order for Possession entered by this Honorable Court on July 28, 2010 is SATISFIED.

              s/Robert H. Cleland
              HON. ROBERT H. CLELAND
              United States District Court Judge

Agreed as Substance and Form:

/s/ John T. Below
John T. Below (P48677)

21181.190 Doc# 95